```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
NICK UNDERWOOD,

                Plaintiff,
                                              ORDER
         - against -
                                         21 Civ. 3671 (NRB)
DELTA AIRLINES, INC. and FERREIRA
CONSTRUCTION CO., INC.,

                Defendants.
--------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on June 30, 2020, this case was filed in New York State Supreme Court, Bronx County; and

WHEREAS, on April 26, 2021, defendants filed a timely notice of removal to this Court; and

WHEREAS defendants requested that the Court transfer venue to the United States District Court for the Eastern District of New York; and

WHEREAS, plaintiff consents to such a transfer; and

WHEREAS venue properly lies in the Eastern District of New York (and not the Southern District of New York); it is hereby

**ORDERED** that this action is transferred to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a); and it is further

**ORDERED** that the Clerk of the Court shall transfer the case file to the Eastern District of New York and shall close the case

on the docket of this Court and terminate the motion pending at ECF No. 7.

Dated: New York, New York
       May 5, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE